**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-8165**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WILLIAM LEE JONES, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.   John T. Copenhaver, Jr., District Judge.  (2:02-cr-00019-1)

Submitted:  March 29, 2010              Decided:  April 7, 2010

Before WILKINSON, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Lee Jones, Jr., Appellant Pro Se.   John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Lee Jones, Jr., appeals a district court order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c) (2006). The district court found Jones was not eligible for a reduction because he was found responsible for more than 4.5 kilograms of crack cocaine. We affirm. We find the district court did not abuse its discretion in denying Jones's motion for a sentence reduction. See United States v. Stewart, 595 F.3d 197, 200 (4th Cir. 2010) (stating standard of review). A review of the sentencing transcript shows that the sentencing court noted Jones was responsible for more than 5.1 kilograms of crack cocaine. Accordingly, we affirm the district court's order finding Jones was not eligible for a sentence reduction. See United States v. Jones, No. 2:02-cr-00019-1 (S.D. W. Va. Nov. 2, 2009) (citing United States Sentencing Guidelines §§ 1B1.10, 2D1.1(c)(1)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED